UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

JULIA P. SHONTERE, et al                          :

                          Plaintiffs,             :          Case No.: 2-07 CV 8401 (AKH)

           v.                                     :

                                                             **NOTICE OF ADOPTION BY**
AMR CORPORATION, et al.                           :          **DEFENDANT AIRTRAN**
                                                             **AIRWAYS, INC.**

                          Defendants.             :

------------------------------------------------------------------x

PLEASE TAKE NOTICE THAT defendant AIRTRAN AIRWAYS, INC.

hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability

Complaint as its Answer to the Complaint in the above-captioned action.

WHEREFORE, defendant AIRTRAN AIRWAYS, INC. respectfully

requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and

such other relief as the Court deems just and proper,

Dated: New York, New York
        November 13, 2007

                          SATTERLEE STEPHENS BURKE & BURKE LLP


                          By: _/s/ James F. Rittinger_____
                                James F. Rittinger (JR-0556)
                                Alun W. Griffiths (AG-3516)
                                Veronica L. Maginnis (VM-2139)
                          230 Park Avenue
                          New York, New York 10169
                          Tel.: (212) 818-9200
                          Fax: (212) 818-9606
                          Attorneys for Defendant
                                AIRTRAN AIRWAYS, INC.

712811_1