UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                        :   Civil Action No:
                                                        :   21 MC 97 (AKH)
                                                        :
                                                        :   This Document Relates to:
IN RE SEPTEMBER 11, 2001 LITIGATION     :   07 CV 8401
                                                        :
                                                        :   <u>Shontere v. AMR Corporation, et. al.</u>
                                                        :
                                                        :
------------------------------------------------------------x

<h3 style="text-align:center"><u>NOTICE OF ADOPTION</u></h3>

**PLEASE TAKE NOTICE THAT,** defendant Delta Air Lines, Inc. incorrectly s/h/a Delta Airlines, Inc., hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer in the above-captioned action.

Dated: Garden City, New York
       November 13, 2007

                                            GALLAGHER GOSSEEN
                                            FALLER & CROWLEY

                                            By: _____
                                                 MICHAEL J. CROWLEY
                                                 ~~JAMES A. GALLAGHER, JR.~~
                                                 JAMES F. GALLAGHER
                                            A Member of the Firm
                                            *Attorneys for Defendant*
                                            **DELTA AIR LINES, INC. incorrectly
                                            s/h/a DELTA AIRLINES, INC.**
                                            1010 Franklin Avenue, Suite 400
                                            Garden City, NY 11530-2927
                                            (516) 742-2500
                                            **Atty. I.D. # MC/2821
                                            Atty. I.D. # JG/7597
                                            Atty. I.D. # JG 3256**

TO:     **SEE ATTACHED SERVICE LIST**
        **(Via Electronic Mail Only)**

SERVICE LIST

TO:    Keith S. Franz, Esq.
       **AZRAEL GANN & FRANZ LLP**
       101 East Chesapeake Avenue, 5th Floor
       Baltimore, Maryland 21286
       (410) 821-6800
       *Counsel for Plaintiff Re: Doc. No. 07 CV 8401*
       **Via E-Mail**: **kfranz@agflaw.com**

       Kenneth P. Nolan, Esq.
       **SPEISER KRAUSE NOLAN & GRANITO**
       Two Grand Central Tower
       140 East 45th Street, 34th Floor
       New York, NY 10017
       *Counsel for Plaintiff Re: Doc. No. 07 CV 8401*
       **Via E-Mail**: **kpn@ny.speiserkrause.com**

       Donald A. Migliori, Esq.
       Michael E. Elsner, Esq.
       **MOTLEY RICE**
       P.O. Box 1792
       Mount Pleasant, South Carolina 29465
       (843) 216-9000
       *PI/WD Plaintiffs' Liaison Counsel*
       **Via E-Mail**: **dmigliori@motleyrice.com**
       **Via E-Mail**: **melsner@motleyrice.com**

       Marc S. Moller, Esq.
       Brian Alexander, Esq.
       **KREINDLER & KREINDLER, LLP**
       100 Park Avenue, 18th Floor
       New York, New York 10017
       (212) 687-8181
       *PI/WD Plaintiffs' Liaison Counsel*
       **Via E-Mail**:  **mmoller@kreindler.com**
       **Via E-Mail**:  **balexander@kreindler.com**

       Desmond T. Barry, Jr., Esq.
       **CONDON & FORSYTH LLP**
       Times Square Tower
       7 Times Square, 18th Floor
       New York, New York 10036
       (212) 894-6770
       *Aviation Defendants' Liaison Counsel*
       **Via E-Mail**: **dbarry@condonlaw.com**
       **Via E-Mail**: **vturchetti@condonlaw.com**

*** SERVICE RIDER (CONT'D) ***

TO:    Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
<u>*Via E-Mail*</u>:  **rac@cliffordlaw.com**
<u>*Via E-Mail*</u>:  **tst@cliffordlaw.com**

Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK
WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>:  **rwilliamson@fzwz.com**
<u>*Via E-Mail*</u>:  **bstein@fzwz.com**

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>:  **bjacob@schiffhardin.com**

**\*\*\* SERVICE RIDER (CONT'D) \*\*\***

TO:   Sarah S. Normand, Esq.
      Beth Goldman, Esq.
      Jeannette Vargas, Esq.
      Assistant U.S. Attorneys
      Southern District of New York
      **UNITED STATES DEPARTMENT OF JUSTICE**
      86 Chambers Street
      New York, New York 10007
      (212) 637-2709
      *Counsel for Intervenor*
      *THE UNITED STATES OF AMERICA*
      *Via E-Mail*: **sarah.normand@usdoj.gov**
      *Via E-Mail*: **beth.goldman@usdoj.gov**
      *Via E-Mail*: **jeannette.vargas@usdoj.gov**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                    ) ss.:
COUNTY OF NASSAU  )

Cathy Siliato, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Glen Oaks, New York.

On November 13, 2007 deponent served the within **NOTICE OF ADOPTION** upon:

**SEE ATTACHED SERVICE LIST**
**Via Electronic Mail Only**

being the E-Mail addresses designated by said attorneys/parties for that purpose by transmitting a true copy of same by use of the World Wide Web through a designated Internet Provider Service.

_____
CATHY SILIATO

Sworn to before me this
13th day of November, 2007

_____
Notary Public

CATHLEEN M. HOHIL
Notary Public, State Of New York
No. 01HO4756624
Qualified In Nassau County
Commission Expires 5/31/2010

## SERVICE LIST

TO:    Keith S. Franz, Esq.
**AZRAEL GANN & FRANZ LLP**
101 East Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286
(410) 821-6800
*Counsel for Plaintiff Re: Doc. No. 07 CV 8401*
*Via E-Mail*: **kfranz@agflaw.com**

Kenneth P. Nolan, Esq.
**SPEISER KRAUSE NOLAN & GRANITO**
Two Grand Central Tower
140 East 45th Street, 34th Floor
New York, NY 10017
*Counsel for Plaintiff Re: Doc. No. 07 CV 8401*
*Via E-Mail*: **kpn@ny.speiserkrause.com**

Donald A. Migliori, Esq.
Michael E. Elsner, Esq.
**MOTLEY RICE**
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000
*Counsel for Plaintiff Re: Doc. No. 02 CV 7608*
*and PI/WD Plaintiffs' Liaison Counsel*
*Via E-Mail*: **dmigliori@motleyrice.com**
*Via E-Mail*: **melsner@motleyrice.com**

Marc S. Moller, Esq.
Brian Alexander, Esq.
**KREINDLER & KREINDLER, LLP**
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181
*PI/WD Plaintiffs' Liaison Counsel*
*Via E-Mail*: **mmoller@kreindler.com**
*Via E-Mail*: **balexander@kreindler.com**

Desmond T. Barry, Jr., Esq.
**CONDON & FORSYTH LLP**
Times Square Tower
7 Times Square, 18th Floor
New York, New York 10036
(212) 894-6770
*Aviation Defendants' Liaison Counsel*
*Via E-Mail*: **dbarry@condonlaw.com**
*Via E-Mail*: **vturchetti@condonlaw.com**

*** SERVICE RIDER (CONT'D) ***

TO:    Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
*Via E-Mail*: rac@cliffordlaw.com
*Via E-Mail*: tst@cliffordlaw.com

Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
*Via E-Mail*: rwilliamson@fzwz.com
*Via E-Mail*: bstein@fzwz.com

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
*Via E-Mail*: bjacob@schiffhardin.com

Sarah S. Normand, Esq.
Beth Goldman, Esq.
Jeannette Vargas, Esq.
Assistant U.S. Attorneys
Southern District of New York
**UNITED STATES DEPARTMENT OF JUSTICE**
86 Chambers Street
New York, New York 10007
(212) 637-2709
*Counsel for Intervenor*
*THE UNITED STATES OF AMERICA*
*Via E-Mail*: sarah.normand@usdoj.gov
*Via E-Mail*: beth.goldman@usdoj.gov
*Via E-Mail*: jeannette.vargas@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE SEPTEMBER 11, 2001 LITIGATION*

NOTICE OF ADOPTION

**GALLAGHER GOSSEEN FALLER & CROWLEY**
*Attorneys at Law*

*Attorneys for Defendant*

**DELTA AIR LINES, INC. - FLIGHT 77**

*Office and Post Office Address, Telephone*
*1010 Franklin Avenue*
*Suite 400*
*Garden City, New York 11530*
*(516) 742-2500*
*Fax: (516) 742-2516*